UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON JR., aka STEPHEN JACKSON, aka KHIDR OMOWALE,<br><br>             Petitioner,<br><br>vs.<br><br>TOM FELKER,<br><br>             Respondent. | Case No. CV 07-3982-GAF(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition and dismissing the action with prejudice.

1    This Court finds an appeal would not be taken in good faith,
2 and petitioner has not made a substantial showing that he has been
3 denied a constitutional right, for the reasons set forth in the
4 Report and Recommendation of the United States Magistrate Judge, and
5 accordingly, a certificate of appealability should not issue under
6 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  <u>Slack v.
7 McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d
8 542 (2000); <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).
9 Thus, IT IS FURTHER ORDERED that a Certificate of Appealability be
10 DENIED.

12    FINALLY, IT IS FURTHER ORDERED that the Clerk shall serve
13 copies of this Order, the Magistrate Judge's Report and
14 Recommendation and Judgment by the United States mail on petitioner.

16 DATED: July 23, 2010

                                     _____
                                           GARY A. FEESS
                                     UNITED STATES DISTRICT JUDGE

20 R&Rs\07-3982.ado3
   5/25/10

2