UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON JR., aka STEPHEN JACKSON, aka KHIDR OMOWALE,<br><br>        Petitioner,<br><br>vs.<br><br>TOM FELKER,<br><br>        Respondent. | Case No. CV 07-3982-GAF(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: July 23, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&Rs\07-3982.jud3
4/22/10